**Order filed, November 19, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00800-CV

_____

**ANA LISA MINES, PERSONAL REPRESENTATIVE OF THE ESTATE OF JORGE LUIS MINES, Appellant**

**V.**

**KENON  D. MURPHY, Appellee**

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2013-66594**

---

### ORDER

The reporter's record in this case was due **October 10, 2018**.  *See* Tex. R. App. P. 35.1.  On October 17, 2018, this court granted the court reporter's motion for extension of time to file the record until **November 16, 2018**. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Martinez**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM